**Leonard A. LYLES, Plaintiff–Appellant,**

v.

**George BALOG, Commissioner, Defendant–Appellee.**

**No. 01–2495.**

United States Court of Appeals, Fourth Circuit.

Submitted April 29, 2002.

Decided June 3, 2002.

Leonard A. Lyles, Appellant Pro Se. Allyson Murphy Huey, Office of the City Solicitor, Baltimore, Maryland, for Appellee.

Before WIDENER, TRAXLER, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Leonard A. Lyles appeals the district court's order granting summary judgment in favor of Appellees on his religious dis-

crimination claims. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Lyles v. Balog*, No. CA–99–3084–MJG (D.Md. Nov. 8, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*